IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HOWARD HENRY BURKS, JR.**                                                                             **PLAINTIFF**

v.                           Case No. 5:19-cv-00337 LPR/PSH

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                                  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed and the deadline for objections has passed. After careful consideration of the Recommendation and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings, with one minor, technical alteration. Instead of dismissing the case, judgment will be entered in favor of the Defendant. This alteration merely reflects the Court's understanding of the appropriate disposition of a Social Security case when the Commissioner's decision is affirmed.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and that judgment be entered in favor of the Defendant.

IT IS SO ORDERED this 8th day of February 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE