IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HOWARD HENRY BURKS, JR.**                                                                       **PLAINTIFF**

**v.**                     **Case No. 5:19-cv-00337 LPR-PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is affirmed and judgment is entered in favor of the Defendant.

IT IS SO ADJUDGED this 8th day of February 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE